OPINION — AG — ** ILLEGAL FISHING ** YOU ASK . . . WHETHER " A MOTOR BOAT USED IN CAPTURING FISH BY USE OF AN ELECTRIC TELEPHONE, WHERE EVIDENCE IS POSITIVE OF SAID BOAT AND MOTOR BEING ESSENTIAL TO THE CAPTURE OF FISH, IS SUBJECT TO CONFISCATION UNDER THE PROVISIONS OF 29 O.S. 411 [29-411] . . . SEE OPINION CITE: 29 O.S. 411 [29-411] (ILLEGAL FISHING, ELECTRICITY DYNAMITE, CATCHING OF FISH, STREAM) (J. H. JOHNSON)